UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHOK KASHELKAR,

                Plaintiff,

-against-

UNITED STATES GOVERNMENT,
SPECIFICALLY: US JUSTICE DEPARTMENT,

                Defendant.

24-CV-2722 (LTS)

CIVIL JUDGMENT

---

    For the reasons stated in the May 31, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 31, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge